**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN LEE WILSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POOR & HOMELESS COALITION OF TEHAMA, et al.,<br><br>　　　　　　Defendants. | No.  2:22-CV-1108-MCE-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately.  The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

　　　　Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to
2  proceed in forma pauperis, ECF No. 2, is granted.

4  Dated: July 29, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE